Order issued September /7, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-10-01646-CV

**LG INSURANCE MANAGEMENT SERVICES, L.P., LG BENEFIT PARTNERS, INC., THOMAS J. GEORGE AND ELIZABETH W. WILMER, Appellants**

**V.**

**ARVID LEICK, Appellee**

## ORDER

Appellee's motion for extension of time to file appellee's motion for rehearing is

**GRANTED,** and appellee's motion for rehearing received on September 13, 2012 is **ORDERED**

filed as of the date of this order.

LANA MYERS
JUSTICE